# EXHIBIT H

**MNDSPEED**®

PRODUCT BRIEF

# M21163

DEVICE OVERVIEW

### 3.2Gbps 32 Port Reconfigurable Non-Blocking Crosspoint Switch

The M21163 is a very low power, reconfigurable, 32 port, non-blocking digital crosspoint switch. The device is optimized for power and performance for data frequencies of up to 3.2 Gbps, including Serial Digital Interface (SDI) video data rates.

The M21163 is designed to provide the designer with the utmost choice and flexibility. With 24 reconfigurable input/output ports and 8 dedicated output ports, it may be used to create any square and non-square matrix size, from 24x8, to 16x16, to 1x31 and every size in between.

The M21163 includes signal conditioning to compensate for losses accumulated across long board traces, making it ideal for high-speed backplane switching applications. Each input/output port features individually programmable trace equalization when configured as an input, and individually programmable de-emphasis and output swing, when configured as an output. The dedicated output ports have individually programmable de-emphasis and swing control.

For lowest power consumption and ease of heat dissipation management, the device may be powered from a single 1.2 V supply. For ease of design and when DC coupling to a voltage other than 1.2 V is desired, the high-speed input and output ports, as well as the digital interface, may be powered from a 1.2 V, 1.8 V, 2.5 V or 3.3 V supply. Furthermore, the input/output ports include on-chip 50 Ω termination and are electrically isolated from one another, allowing each to be powered from and terminated to a different voltage rail. This provides additional flexibility as each port on the device may be DC coupled to upstream and downstream devices with different voltage rails.

The M21163 is offered in a green and RoHS compliant 17 mm x 17 mm, 252-pin, thermally enhanced BGA package.

> The M21163 is Ideal For

- Signal switching
- Fanout buffers
- Backplane equalizing and re-driving
- 3G/HD/SD-SDI switchers and routers



**M21163 Block Diagram**

## TECHNICAL DETAILS

| Features | Benefits |
|---|---|
| 8 fixed outputs and 24 reconfigurable IOs | Customized square and non-square matrix size |
| Per port individually programmable input equalization and output de-emphasis | Compensate for signal losses across various trace lengths |
| Per port individually programmable output swing control | Optimized power consumption and performance for each application |
| Per port individual powerdown control | Optimized power consumption for variety of applications |
| Very low power operation (65 mW per channel @1.2V) | Ease of thermal management and reduced cost of operation |
| DC and AC coupling at the input and output with integrated level shifter | Design and layout flexibility |
| Integrated 50Ω input and output termination | Ease of design and layout and improved signal integrity |
| Loss of Signal detection at the input | Diagnostic and debug feature |
| Standard 2-wire and 4-wire serial digital interface | Flexible control and configuration |
| Industrial Operation Temperature range of -40°C to 85°C | Robust Operation under a wide range of conditions |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | DIO6N | DIO6P | VSS | DIO5N | DIO5P | VSS | DIO4N | DIO4P | VSS | DIO2N | DIO2P | VSS | DIO1N | DIO1P | |
| B | DIO9P | VSS | AVDDIO6 | AVDDIO7 | VSS | VSS | AVDDIO5 | AVDDIO4 | AVDDIO3 | AVDDIO2 | VSS | VSS | AVDDIO0 | AVDDIO1 | VSS | DOUT30P |
| C | DIO9N | AVDDIO9 | VSS | VSS | DIO7N | DIO7P | VSS | DIO3N | DIO3P | VSS | DIO0N | DIO0P | VSS | MF3 | AVDDO30_31 | DOUT30N |
| D | VSS | AVDDIO8 | VSS | VSS | VSS | VSS | VSS | VSS | VSS | VSS | VSS | MF4 | VSS | VSS | VSS | VSS |
| E | DIO10P | VSS | DIO8P | VSS | VSS | AVDD CORE | AVDD CORE | AVDD CORE | AVDD CORE | AVDD CORE | MF5 | MF1 | DOUT31P | AVDDO30_31 | DOUT29P |
| F | DIO10N | VSS | DIO8N | VSS | AVDD CORE | VSS | VSS | VSS | VSS | VSS | AVDD CORE | VSS | DOUT31N | VSS | DOUT29N |
| G | VSS | AVDDIO10 | VSS | VSS | AVDD CORE | VSS | VSS | VSS | VSS | VSS | AVDD CORE | VSS | VSS | AVDDO28_29 | AVDDO28_29 |
| H | DIO12P | AVDDIO11 | DIO11P | VSS | AVDD CORE | VSS | VSS | VSS | VSS | VSS | DVDDIO | VSS | DOUT27P | VSS | DOUT28P |
| J | DIO12N | AVDDIO12 | DIO11N | VSS | AVDD CORE | VSS | VSS | VSS | VSS | VSS | DVDDIO | VSS | DOUT27N | VSS | DOUT28N |
| K | VSS | AVDDIO13 | VSS | VSS | AVDD CORE | VSS | VSS | VSS | VSS | VSS | AVDD CORE | VSS | VSS | AVDDO26_27 | AVDDO26_27 |
| L | DIO13P | VSS | DIO15P | VSS | AVDD CORE | VSS | VSS | VSS | VSS | VSS | AVDD CORE | VSS | DOUT24P | VSS | DOUT26P |
| M | DIO13N | VSS | DIO15N | VSS | VSS | AVDD CORE | AVDD CORE | AVDD CORE | AVDD CORE | AVDD CORE | MF2 | MF0 | DOUT24N | AVDDO24_25 | DOUT26N |
| N | VSS | AVDDIO15 | VSS | VSS | VSS | VSS | VSS | VSS | VSS | VSS | VSS | MF6 | VSS | VSS | VSS |
| P | DIO14P | AVDDIO14 | VSS | VSS | DIO16N | DIO16P | VSS | DIO19N | DIO19P | VSS | DIO23N | DIO23P | VSS | MF7 | AVDDO24_25 | DOUT25P |
| R | DIO14N | VSS | AVDDIO17 | AVDDIO16 | VSS | VSS | AVDDIO18 | AVDDIO19 | AVDDIO20 | AVDDIO21 | VSS | VSS | AVDDIO23 | AVDDIO22 | VSS | DOUT25N |
| T | | DIO17N | DIO17P | VSS | DIO18N | DIO18P | VSS | DIO20N | DIO20P | VSS | DIO21N | DIO21P | VSS | DIO22N | DIO22P | |

**M21163 Pinout**

## Package (RoHS Compliant)

17mmx17mm 252-pin BGA Package

For more product information, please visit www.mindspeed.com



www.mindspeed.com/salesoffices
General Information: (949) 579-3000
Headquarters – Newport Beach
4000 MacArthur Blvd., East Tower
Newport Beach, CA 92660-3007

© 2010 Mindspeed Technologies, Inc. All rights reserved. Mindspeed and the Mindspeed logo are trademarks of Mindspeed Technologies. All other trademarks are the property of their respective owners. Although Mindspeed Technologies strives for accuracy in all its publications, this material may contain errors or omissions and is subject to change without notice. This material is provided as is and without any express or implied warranties, including merchantability, fitness for a particular purpose and non-infringement. Mindspeed Technologies shall not be liable for any special, indirect, incidental or consequential damages as a result of its use.

