# EXHIBIT K

# MAAP-011248-DIE



**Power Amplifier, 1 W**
**DC - 22 GHz**

Rev. V4

### Features

- High Gain: 14 dB @ 12 V
- P1dB: 28 dBm @ 12 V
- P3dB: 30.5 dBm @ 12 V
- Output IP3: +38 dBm @ 12 V
- Supply Voltage: $V_{DD}$ = 9 - 12 V
- Supply Current: $I_{DSQ}$ = 400 mA
- 50 Ω Matched Input / Output
- Temperature Compensated Output Power Detector
- Die Size: 2.99 x 1.5 x 0.1 mm
- RoHS* Compliant

### Description

The MAAP-011248-DIE is a 1 W distributed power amplifier offered as a bare die part. Operating from DC to 22 GHz, this power amplifier provides 14 dB of linear gain and 30.5 dBm of output power at 3-dB compression. The device is fully matched across the band and includes a temperature compensated output power detector.

The MAAP-011248-DIE can be used as a power amplifier stage or as a driver stage in higher power applications. This device is ideally suited for test and measurement, EW, ECM, and radar applications.

This product is fabricated using a GaAs pHEMT process which features full passivation for enhanced reliability.

### Ordering Information

| Part Number | Package |
|---|---|
| MAAP-011248-DIE | Gel Pack[1] |

1. Die quantity varies.

### Functional Schematic



### Pin Configuration[2]

| Pin No. | Pin Name | Description |
|---|---|---|
| 1 | $RF_{IN}$ | RF Input |
| 2 | GND | Ground |
| 3, 4 | N/C | No Connection |
| 5 | AUX | Auxiliary |
| 6 | DET | Power Detector |
| 7 | N/C | No Connection |
| 8 | $RF_{OUT}/V_{DD}$ | RF Output / Drain Voltage |
| 9 | GND | Ground |
| 10 | $V_{G}1$ | Gate Voltage |
| 11 | GND | Ground |

2. Backside of die must be connected to RF, DC and thermal ground.

*Restrictions on Hazardous Substances, European Union Directive 2011/65/EU.

1

*MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.*
*Visit www.macom.com for additional data sheets and product information.*

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

**MAAP-011248-DIE**



| Power Amplifier, 1 W | |
|---|---:|
| DC - 22 GHz | Rev.  V4 |

Electrical Specifications: $T_A$ = +25°C, $V_{DD}$ = 12 V, $I_{DSQ}{}^3$ = 400 mA, $Z_0$ = 50 Ω

| Parameter | Test Conditions | Units | Min. | Typ. | Max. |
|---|---|---|---|---|---|
| Gain | 2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dB | —<br>11.5<br>—<br>11.5 | 13.0<br>13.5<br>14.0<br>14.5 | — |
| $P_{OUT}$ | $P_{IN}$ = +20 dBm<br>2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dBm | —<br>29.5<br>—<br>29.0 | 32.0<br>30.9<br>30.5<br>30.5 | — |
| P1dB | 2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dBm | — | 30.5<br>29.0<br>28.0<br>27.5 | — |
| OIP3 | $P_{OUT}$ = +14 dBm/tone (10 MHz Tone Spacing)<br>2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dBm | — | 41.0<br>38.0<br>38.0<br>41.0 | — |
| PAE | $P_{IN}$ = +20 dBm<br>2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | % | — | 20.0<br>18.0<br>17.5<br>13.4 | — |
| Input Return Loss | $P_{IN}$ = -20 dBm | dB | — | 15 | — |
| Output Return Loss | $P_{IN}$ = -20 dBm | dB | — | 15 | — |
| $I_{DD}$ (with RF drive) | $P_{IN}$ = +20 dBm | mA | — | 500 | — |
| $I_{G1}$ | — | mA | — | 8 | — |

3.  Set $I_{DSQ}$ according to bias procedures in page 4.

*MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.*
*Visit www.macom.com for additional data sheets and product information.*

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

# MAAP-011248-DIE



**Power Amplifier, 1 W**
**DC - 22 GHz**                                                                 Rev. V4

## Electrical Specifications: $T_A$ = +25°C, $V_{DD}$ = 10 V, $I_{DSQ}^3$ = 400 mA, $Z_0$ = 50 Ω

| Parameter | Test Conditions | Units | Min. | Typ. | Max. |
|---|---|---|---|---|---|
| Gain | 2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dB | — | 13.0<br>13.5<br>14.0<br>14.5 | — |
| $P_{OUT}$ | $P_{IN}$ = +18 dBm<br>2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dBm | — | 29.0<br>29.0<br>29.0<br>28.0 | — |
| P1dB | 2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dBm | — | 28.0<br>28.0<br>26.5<br>25.5 | — |
| OIP3 | $P_{OUT}$ = +14 dBm/tone (10 MHz Tone Spacing)<br>2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | dBm | — | 45.0<br>41.5<br>47.0<br>40.0 | — |
| PAE | $P_{IN}$ = +18 dBm<br>2 GHz<br>12 GHz<br>18 GHz<br>22 GHz | % | — | 18.5<br>17.0<br>16.0<br>12.5 | — |
| Input Return Loss | $P_{IN}$ = -20 dBm | dB | — | 15 | — |
| Output Return Loss | $P_{IN}$ = -20 dBm | dB | — | 15 | — |
| $I_{DD}$ (with RF drive) | $P_{IN}$ = +18 dBm | mA | — | 450 | — |
| $I_{G1}$ | — | mA | — | 8 | — |

### Maximum Operating Ratings

| Parameter | Rating |
|---|---|
| Input Power | 20 dBm ($V_{DD}$ = 12 V)<br>18 dBm ($V_{DD}$ = 10 V) |
| Junction Temperature[4,5] | +150°C |
| Operating Temperature | -40°C to +85°C |

### Absolute Maximum Ratings[6,7]

| Parameter | Absolute Maximum |
|---|---|
| Input Power | 28 dBm |
| Drain Voltage | +16 V |
| Gate Voltage | -5 to 0 V |
| Junction Temperature[8] | +175°C |
| Storage Temperature | -65°C to +125°C |

4. Operating at nominal conditions with junction temperature
   ≤ +150°C will ensure MTTF > 1 x 10⁶ hours.
5. Junction Temperature ($T_J$) = $T_C$ + $\Theta_{JC}$ * ((V * I) - ($P_{OUT}$ - $P_{IN}$))
   Typical thermal resistance ($\Theta_{JC}$) = 6.5°C/W.
   a) For $T_C$ = +85°C,
   $T_J$ = +117°C @ 12 V, 0.48 A, $P_{OUT}$ = 30 dBm, $P_{IN}$ = 20 dBm

6. Exceeding any one or combination of these limits may cause permanent damage to this device.
7. MACOM does not recommend sustained operation near these survivability limits.
8. Junction temperature directly effects device MTTF. Junction temperature should be kept as low as possible to maximize lifetime.

*MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.*
*Visit www.macom.com for additional data sheets and product information.*

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

# MAAP-011248-DIE



**Power Amplifier, 1 W**
**DC - 22 GHz**

Rev. V4

### Application Schematic



### Handling Procedures

Please observe the following precautions to avoid damage:

### Static Sensitivity

These electronic devices are sensitive to electrostatic discharge (ESD) and can be damaged by static electricity. Proper ESD control techniques should be used when handling these HBM Class 1A devices.

### Recommended PCB Information

RF input and output are 50 Ω transmission lines. Single layer 4 mil Rogers RO4350B with 1/2 oz. Cu. Use copper filled vias under ground paddle.

### Bill of Materials[9,10,11]

| Part  | Value | Size | Comment |
|-------|-------|------|---------|
| C1, C2 | 1 µF | 0402 | bypass  |

9. C1 & C2 are required for operation below 1 GHz.
10. High power external bias tee was used for measurements.
11. External DC block was used on input.

### Grounding

It is recommended that the total ground (common mode) inductance not exceed 0.03 nH (30 pH). This is equivalent to placing at least four 8-mil (200-µm) diameter vias under the device, assuming an 8-mil (200-µm) thick RF layer to ground.

### Biasing Conditions

Recommended biasing conditions are $V_{DD}$ = 12 V, $I_{DSQ}$ = 400 mA (controlled with $V_{G1}$).

$V_{DD}$ Bias must be applied through a resonant free high inductance on the RF output line.

By-pass capacitor C1 for the auxiliary pad is for a low frequency operation extension (below 1 GHz).

### Operating the MAAP-011248
**Turn-on**
1. Apply $V_{G1}$ (-4.5 V).
2. Increase $V_{DD}$ to 12 V.
3. Set $I_{DSQ}$ by adjusting $V_{G1}$ more positive (typically -3.6 V for $I_{DSQ}$ = 400 mA).
4. Apply $RF_{IN}$ signal.

**Turn-off**
1. Remove $RF_{IN}$ signal.
2. Decrease $V_{G1}$ to -4.5 V.
3. Decrease $V_{DD}$ to 0 V.

*MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.*
Visit www.macom.com for additional data sheets and product information.

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

# MAAP-011248-DIE



**Power Amplifier, 1 W**
**DC - 22 GHz**

Rev. V4

**PCB Layout:**
RF input and output port pre-matching circuit patterns are designed to compensate bonding wires. Input and output matching are identical.



*All units are in microns.*

Input Match

Output Match

*MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.
Visit www.macom.com for additional data sheets and product information.*

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

**MAAP-011248-DIE**



**Power Amplifier, 1 W**
**DC - 22 GHz**

Rev. V4

### Typical Performance Curves $V_{DD}$ = 10 V, $I_{DSQ}$ = 400 mA, $V_{G1}$ = -3.6 V typical

*S Parameters*



*Gain*



*Input Return Loss*





*Output Return Loss*



*Isolation*



*S Parameters @ Low Frequency*



6

MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.
Visit www.macom.com for additional data sheets and product information.

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

# MAAP-011248-DIE



**Power Amplifier, 1 W**
**DC - 22 GHz**

Rev. V4

## Typical Performance Curves $V_{DD}$ = 10 V, $I_{DSQ}$ = 400 mA, $V_{G1}$ = -3.6 V typical

*Noise Figure*

*Output IP3 vs. $P_{OUT}$ / Tone*



*P1dB over Temperature*



*P3dB over Temperature*



*P1dB over Voltage*



*P3dB over Voltage*



7

MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.
Visit www.macom.com for additional data sheets and product information.

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

# MAAP-011248-DIE



**Power Amplifier, 1 W**
**DC - 22 GHz**

Rev. V4

## Typical Performance Curves $V_{DD}$ = 10 V, $I_{DSQ}$ = 400 mA, $V_{G1}$ = -3.6 V typical

*2nd Harmonic*



*Power Compression @ 2 GHz*



*Power Compression @ 12 GHz*



*Power Compression @ 22 GHz*



*Current*



8

MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.
Visit www.macom.com for additional data sheets and product information.

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

# MAAP-011248-DIE



**Power Amplifier, 1 W**
**DC - 22 GHz**

Rev. V4

### MMIC Die Outline[12,13]



12. All units in μm, unless otherwise noted, with a tolerance of ±5 μm.
13. Die thickness is 100 ±10 μm.

## Bond Pad Detail

| Pad | Size (x) (μm) | Size (y) (μm) |
|---|---|---|
| 1, 8 | 81 | 141 |
| 2, 9, 11 | 81 | 91 |
| 3, 4, 5, 6, 10 | 93 | 93 |
| 7 | 118 | 93 |

*MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.*
*Visit www.macom.com for additional data sheets and product information.*

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199

**MAAP-011248-DIE**



| Power Amplifier, 1 W | |
|---|---:|
| DC - 22 GHz | Rev.  V4 |

MACOM Technology Solutions Inc. All rights reserved.

Information in this document is provided in connection with MACOM Technology Solutions Inc ("MACOM") products. These materials are provided by MACOM as a service to its customers and may be used for informational purposes only. Except as provided in MACOM's Terms and Conditions of Sale for such products or in any separate agreement related to this document, MACOM assumes no liability whatsoever. MACOM assumes no responsibility for errors or omissions in these materials. MACOM may make changes to specifications and product descriptions at any time, without notice. MACOM makes no commitment to update the information and shall have no responsibility whatsoever for conflicts or incompatibilities arising from future changes to its specifications and product descriptions. No license, express or implied, by estoppels or otherwise, to any intellectual property rights is granted by this document.

THESE MATERIALS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, RELATING TO SALE AND/OR USE OF MACOM PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, CONSEQUENTIAL OR INCIDENTAL DAMAGES, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT. MACOM FURTHER DOES NOT WARRANT THE ACCURACY OR COMPLETENESS OF THE INFORMATION, TEXT, GRAPHICS OR OTHER ITEMS CONTAINED WITHIN THESE MATERIALS. MACOM SHALL NOT BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOST REVENUES OR LOST PROFITS, WHICH MAY RESULT FROM THE USE OF THESE MATERIALS.

MACOM products are not intended for use in medical, lifesaving or life sustaining applications. MACOM customers using or selling MACOM products for use in such applications do so at their own risk and agree to fully indemnify MACOM for any damages resulting from such improper use or sale.

*MACOM Technology Solutions Inc. (MACOM) and its affiliates reserve the right to make changes to the product(s) or information contained herein without notice.
Visit www.macom.com for additional data sheets and product information.*

*For further information and support please visit:*
*https://www.macom.com/support*

DC-0011199