**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br><br>Defendants. | Civil Action No. 18-cv-11028<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Analog Devices, Inc. states that it has no parent corporation, and that to the best of its knowledge at this time, there is no publicly held corporation that owns 10% or more of its stock.

Dated: May 21, 2018

Respectfully submitted,

**ANALOG DEVICES, INC.**

By their attorneys,

*/s/ Steven M. Bauer*

Steven M. Bauer (BBO No. 542531)
Kimberly A. Mottley (BBO No. 651190)
Safraz W. Ishmael (BBO No. 657881)
Kimberly Q. Li (BBO No. 698488)
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
kmottley@proskauer.com
sishmael@proskauer.com
kli@proskauer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on May 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system.  A copy of the document will be served upon all parties along with the summons and complaint.

                                          */s/ Steven M. Bauer*
                                          Steven M. Bauer