## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br><br>Defendants. | Civil Action No. 18-cv-11028<br><br><br>**JURY TRIAL DEMANDED** |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Hittite Microwave LLC states that its parent corporation is Analog Devices Global U.C., and that it is ultimately wholly owned by Analog Devices, Inc.

Dated:  May 21, 2018

Respectfully submitted,

**HITTITE MICROWAVE LLC**

By their attorneys,

*/s/ Steven M. Bauer*

Steven M. Bauer (BBO No. 542531)
Kimberly A. Mottley (BBO No. 651190)
Safraz W. Ishmael (BBO No. 657881)
Kimberly Q. Li (BBO No. 698488)
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
kmottley@proskauer.com
sishmael@proskauer.com
kli@proskauer.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system.  A copy of the document will be served upon all parties along with the summons and complaint.

*/s/ Steven M. Bauer*
Steven M. Bauer