**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br><br>　　　　　Defendants. | Civil Action No. 18-cv-11028<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF KIMBERLY Q. LI

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Kimberly Q. Li, of the law firm Proskauer Rose LLP, as counsel for plaintiffs Analog Devices, Inc. and Hittite Microwave LLC in this matter. All pleadings, correspondence, notices and other documents should be directed to the address below.

Dated:  May 21, 2018

Respectfully submitted,

*/s/ Kimberly Q. Li*
Steven M. Bauer (BBO No. 542531)
Kimberly A. Mottley (BBO No. 651190)
Safraz W. Ishmael (BBO No. 657881)
Kimberly Q. Li (BBO No. 698488)
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
kmottley@proskauer.com
sishmael@proskauer.com
kli@proskauer.com

**ATTORNEYS FOR ANALOG DEVICES, INC. AND HITTITE MICROWAVE LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on May 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. A copy of the document will be served upon all parties along with the summons and complaint.

                                  */s/ Kimberly Q. Li*
                                  Kimberly Q. Li