# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

ANALOG DEVICES, INC., ET AL.

*Plaintiff*

v.

MACOM TECHNOLOGY SOLUTIONS INC., ET AL.

*Defendant*

Civil Action No.:
1:18-CV-11028-GAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MACOM Technology Solutions Holdings, Inc.
c/o CT Corporation System
155 Federal St., Suite 700
Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven M. Bauer
Proskauer Rose LLP
One International PLace
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Leonardo Vieira
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2018-05-21 16:28:51.0, Clerk USDC DMA

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-11028-GAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MACOM Technology Solutions Holdings Inc. c/o CT Corp was received by me on *(date)* 05/22/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nick Andrade , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation at 155 Federal Street, Suite 700, Boston, MA 02110 on *(date)* 05/22/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/23/2018

*Server's signature*

James J. Murray   Process Server
*Printed name and title*

25 Walnut Street, Suite 205
Wellesley Hills, MA 02481

*Server's address*

Additional information regarding attempted service, etc:

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on May 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system.

                                    */s/ Steven M. Bauer*
                                    Steven M. Bauer