**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br>　　　Plaintiffs,<br><br>　　　　　　v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br>　　　Defendants. | C.A. No. 1:18-cv-11028-GAO |

## NOTICE OF APPEARANCE OF TOBIAS W. CRAWFORD

Please enter the appearance of Tobias W. Crawford on behalf of the Defendants, MACOM Technology Solutions Holdings, Inc. and MACOM Technology Solutions Inc., in the above referenced case.

　　　　　　　　　　　　　　　　　　**MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,**

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　/s/ Tobias W. Crawford
　　　　　　　　　　　　　　　　　　C. Max Perlman (BBO No. 630395)
　　　　　　　　　　　　　　　　　　　max@hrwlawyers.com
　　　　　　　　　　　　　　　　　　Tobias W. Crawford (BBO No. 678621)
　　　　　　　　　　　　　　　　　　　tcrawford@hrwlawyers.com
　　　　　　　　　　　　　　　　　　HIRSCH ROBERTS WEINSTEIN LLP
　　　　　　　　　　　　　　　　　　24 Federal Street, 12th Floor
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　(617) 348-4300

Dated: June 7, 2018

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 7, 2018

                                       /s/ Tobias W. Crawford
                                       Tobias W. Crawford