UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANALOG DEVICES, INC. and HITTITE
MICROWAVE LLC,
    Plaintiffs,

        v.

MACOM TECHNOLOGY SOLUTIONS
HOLDINGS, INC. and MACOM
TECHNOLOGY SOLUTIONS INC.,
    Defendants.

C.A. No. 1:18-cv-11028-GAO

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant MACOM Technology Solutions Inc. states that it is a wholly-owned subsidiary of Defendant MACOM Technology Solutions Holdings, Inc.

**MACOM TECHNOLOGY SOLUTIONS INC.,**

By its attorneys,

/s/ C. Max Perlman
C. Max Perlman (BBO No. 630395)
   max@hrwlawyers.com
Tobias W. Crawford (BBO No. 678621)
   tcrawford@hrwlawyers.com
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
(617) 348-4300

Amanda Tessar
   atessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
(303) 291-2300
*Pro Hac Admission Pending*

        Judith B. Jennison
           JJennison@perkinscoie.com
        PERKINS COIE LLP
        1201 Third Avenue, Suite 4900
        Seattle, Washington 98101-3099
        (206) 359-8000
        *Pro Hac Admission Pending*

        Sarah E. Stahnke
           SStahnke@perkinscoie.com
        PERKINS COIE LLP
        3150 Porter Drive
        Palo Alto, California 94304-1212
        (650) 838-4300
        *Pro Hac Admission Pending*

Dated: June 7, 2018

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 7, 2018

                /s/ C. Max Perlman
                C. Max Perlman