**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,      Plaintiffs,<br><br>         v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,      Defendants. | C.A. No. 1:18-cv-11028-GAO |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant MACOM

Technology Solutions Holdings, Inc. states that it has no parent corporation and that no publicly

held corporation owns more than 10% of its stock.

                                                              **MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC.**

                                                                By its attorneys,

                                                               /s/ C. Max Perlman
                                                               C. Max Perlman (BBO No. 630395)
                                                                 max@hrwlawyers.com
                                                               Tobias W. Crawford (BBO No. 678621)
                                                                 tcrawford@hrwlawyers.com
                                                               HIRSCH ROBERTS WEINSTEIN LLP
                                                               24 Federal Street, 12th Floor
                                                               Boston, Massachusetts 02110
                                                              (617) 348-4300

                                                               Amanda Tessar
                                                                 atessar@perkinscoie.com
                                                               PERKINS COIE LLP
                                                               1900 Sixteenth Street, Suite 1400
                                                               Denver, Colorado 80202-5255
                                                               (303) 291-2300
                                                               *Pro Hac Admission Pending*

Judith B. Jennison
    JJennison@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
(206) 359-8000
*Pro Hac Admission Pending*

Sarah E. Stahnke
    SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
(650) 838-4300
*Pro Hac Admission Pending*

Dated: June 7, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 7, 2018

/s/ C. Max Perlman
C. Max Perlman