UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br>　　　　Defendants. | C.A. No. 1:18-cv-11028-GAO |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants MACOM Technology Solutions Holdings, Inc. and MACOM Technology Solutions Inc. ("Defendants"), by their undersigned counsel of record, move pursuant to Rule 83.5.3 that Amanda Tessar, Judith B. Jennison, and Sarah E. Stahnke, attorneys with Perkins Coie LLP, be admitted to practice in this Court in the above-captioned case on behalf of Defendants.

Ms. Tessar is a member in good standing of the bar of the State of Colorado, as well as the U.S. Patent and Trademark Office, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Federal Circuit, and the U.S. District Court for the Eastern District of Texas.  There are no disciplinary proceedings pending against Ms. Tessar in any jurisdiction, Ms. Tessar has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct, and Ms. Tessar is familiar with the Local Rules of this Court.

Ms. Jennison is a member in good standing of the bars of the State of California, the State of Washington, the State of New Jersey, and the District of Columbia, as well as the U.S. Court

of Appeals for the Ninth Circuit, the U.S. District Court for the Northern District of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the District of New Jersey, the U.S. District Court for the Eastern District of Texas, and the U.S. District Court for the Eastern District of Washington.  There are no disciplinary proceedings pending against Ms. Jennison in any jurisdiction, Ms. Jennison has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct, and Ms. Jennison is familiar with the Local Rules of this Court.

Ms. Stahnke is a member in good standing of the bar of the State of California, as well as the U.S. Patent and Trademark Office.  There are no disciplinary proceedings pending against Ms. Stahnke in any jurisdiction, Ms. Stahnke has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct, and Ms. Stahnke is familiar with the Local Rules of this Court.

The certifications of Ms. Tessar, Ms. Jennison, and Ms. Stahnke attesting to the foregoing are submitted with this Motion.

>**MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,**
>
>By their attorneys,
>
>/s/ C. Max Perlman
>C. Max Perlman (BBO No. 630395)
>  max@hrwlawyers.com
>Tobias W. Crawford (BBO No. 678621)
>  tcrawford@hrwlawyers.com
>HIRSCH ROBERTS WEINSTEIN LLP
>24 Federal Street, 12th Floor
>Boston, Massachusetts 02110
>(617) 348-4300

Amanda Tessar
atessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
(303) 291-2300
*Pro Hac Admission Pending*

Judith B. Jennison
JJennison@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
(206) 359-8000
*Pro Hac Admission Pending*

Sarah E. Stahnke
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
(650) 838-4300
*Pro Hac Admission Pending*

Dated: June 7, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 7, 2018

/s/ C. Max Perlman
C. Max Perlman