# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br>    Plaintiffs,<br><br>        v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br>    Defendants. | C.A. No. 1:18-cv-11028-GAO |

## DECLARATION AND CERTIFICATE OF AMANDA TESSAR, ESQ.

I, Amanda Tessar, being duly sworn, depose and say:

1. I am a partner in the law firm of Perkins Coie LLP, which is located at 1900 Sixteenth Street, Suite 1400, Denver, Colorado 80202-5255, and have practiced law since 2001.

2. I am admitted to practice law in Colorado and am a member in good standing of the bar of the State of Colorado, as well as the U.S. Patent and Trademark Office, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Federal Circuit, and the U.S. District Court for the Eastern District of Texas.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5) revoked for misconduct, and there are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not been disciplined or denied admission by this Court or any other court.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct this 7th day of June, 2018.

/s/ Amanda Tessar _____
Amanda Tessar

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 7, 2018

/s/ C. Max Perlman _____
C. Max Perlman