**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br>          Plaintiffs,<br><br>                    v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br>          Defendants. | C.A. No. 1:18-cv-11028-GAO |

**UNOPPOSED AND PARTIALLY ASSENTED-TO**
**MOTION OF DEFENDANTS TO ENLARGE THE TIME**
**FOR RESPONDING TO PLAINTIFFS' COMPLAINT**

Defendants hereby move in accordance with Rule 6(b) of the Federal Rules of Civil Procedure that this Court extend up to and including July 27, 2018 the time by which Defendants must respond to Plaintiffs' Complaint. Plaintiffs' counsel has assented to a thirty-day extension and does not oppose the requested, forty-five-day extension.

As grounds for this forty-five-day extension, Defendants state as follows:

1.     Plaintiffs filed this action on May 21, 2018 and served the Complaint on both Defendants on May 22, 2018. Defendants' response to the Complaint is presently due on June 12, 2018.

2.     Plaintiffs' Complaint is forty-five (45) pages long, comprised of 182 numbered paragraphs, and appends eleven exhibits. Defendants first learned of this lawsuit on or about May 21, 2018 and had no previous notice of its filing. To prepare their response to the Complaint, Defendants require additional time to gather necessary information.

3. This is the first extension sought by Defendants. Allowance of this motion is in the interests of justice, and no party will be prejudiced by the extension of time requested herein.

4. Plaintiffs, through counsel, have assented to a thirty-day extension. Defendants' counsel seeks to extend its response deadline by fifteen more days due to planned vacations of two of its counsel. Plaintiffs' counsel has stated that they will neither oppose, nor assent, to this additional, fifteen-day extension.

**WHEREFORE**, Defendants MACOM Technology Solutions Holdings, Inc. and MACOM Technology Solutions Inc. request that this Court allow this Motion and extend the time by which they must respond to Plaintiffs' Complaint up to and including July 27, 2018.

**MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,**

By their attorneys,

/s/ C. Max Perlman
C. Max Perlman (BBO No. 630395)
   max@hrwlawyers.com
Tobias W. Crawford (BBO No. 678621)
   tcrawford@hrwlawyers.com
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
(617) 348-4300

Amanda Tessar
   atessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
(303) 291-2300
*Pro Hac Admission Pending*

Judy Jennison
   JJennison@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900

        Seattle, Washington 98101-3099
        (206) 359-8000
        *Pro Hac Admission Pending*

        Sarah E. Stahnke
         SStahnke@perkinscoie.com
        PERKINS COIE LLP
        3150 Porter Drive
        Palo Alto, California 94304-1212
        (650) 838-4300
        *Pro Hac Admission Pending*

Dated: June 7, 2018

## LOCAL RULE 7.1(a)(2) CERTIFICATION

  Counsel for Plaintiffs and Defendants have conferred regarding the matter addressed herein, and counsel for Plaintiffs partially assents to and does not oppose this Motion.

        /s/ C. Max Perlman
        C. Max Perlman

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 7, 2018

        /s/ C. Max Perlman
        C. Max Perlman