IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANALOG DEVICES, INC. and HITTITE MICROWAVE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and MACOM TECHNOLOGY SOLUTIONS INC.,<br><br>Defendants. | Civil Action No.:  1:18-cv-11028-GAO<br><br>█████████<br><br>**ORAL ARGUMENT REQUESTED** |

## ANALOG'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 26 and 65, and 35 U.S.C. § 283, Plaintiffs Analog Devices, Inc. and Hittite Microwave LLC (collectively, "Analog") respectfully move for a preliminary injunction enjoining Defendants MACOM Technology Solutions Holdings, Inc. and MACOM Technology Solutions Inc. (collectively, "MACOM"), from further sales and marketing of MACOM's MAAP-011247 and MAAP-011247-DIE (collectively, the "MAAP-011247 amplifiers") which:  a) infringe U.S. Patent No. 9,425,752 (the "'752 Patent"); and b) were designed using misappropriated Analog trade secrets brought to MACOM by defecting Analog employees.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

1

███████████████ Analog is entitled to injunctive relief barring MACOM's continued infringement of the '752 Patent, and to prevent further benefit from the misuse of Analog trade secrets.

### REQUEST FOR ORAL ARGUMENT

Analog hereby requests oral argument on the present motion pursuant to Local Rule 7.1(d). The Court has already set an Initial Scheduling Conference on August 6, 2018. In a second motion filed simultaneously herewith, Analog seeks expedited discovery related to this motion in advance of that conference, and suggests that at the August 6 conference, the parties discuss further scheduling, including an opportunity for the parties to supplement their briefing relating to this motion, and oral argument on this motion.

Dated: June 29, 2018

Respectfully submitted,

**ANALOG DEVICES, INC. and
HITTITE MICROWAVE LLC**

By their attorneys,

*/s/ Steven M. Bauer*
Steven M. Bauer (BBO No. 542531)
Kimberly A. Mottley (BBO No. 651190)
Safraz W. Ishmael (BBO No. 657881)
Kimberly Q. Li (BBO No. 698488)
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
kmottley@proskauer.com
sishmael@proskauer.com
kli@proskauer.com

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Analog's counsel met and conferred in good faith with counsel for Defendants MACOM Technology Solutions Holdings, Inc. and MACOM Technology Solutions Inc. to resolve or narrow the issues presented in this motion.

*/s/ Steven M. Bauer*
Steven M. Bauer

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 29, 2018.

>*/s/ Steven M. Bauer*
>Steven M. Bauer