# EXHIBIT A

in

Sign in     Join now



# Frank Traut

Senior Director Technology and Innovation at
MACOM RF and Microwave Business Unit

Greater Boston Area | Semiconductors

| | |
|---|---|
| Current | MACOM, Hittite Microwave Corporation |
| Previous | Hittite Microwave, Plessey, University of Pretoria |

**500+**
connections

🌐 View this profile in another language ▾

**People Also Viewed**

 **Mike Bourland**
Senior Director at TSMC

 **Kevin Linthicum**
Senior Director, GaN Technology at
MACOM

 **Ashish Tandon**

 **Thomas Winslow**
Distinguished Fellow of Technology
at MACOM

 **Sameer Nanavati**

 **Bob McEneaney**
Applications Engineering Director at
MACOM

 **Gangadhar Burra**
Sr. Director of Technology,
Qualcomm IWireless and Embedded
systems technologist, SoC Architect
& Leader

 **John Atherton**
Senior Principal Engineer at MACOM

**Todd Bridges**
Senior Director of Technology at
Qualcomm

**Stephen Boerst**
Director, Technology Innovation

## View Frank Traut's full profile.
## It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View Frank's Full Profile**

## Experience

### Senior Director Technology and Innovation
MACOM
February 2015 – Present (3 years 5 months) | Lowell



### Chief Technologist
Hittite Microwave Corporation
October 2013 – Present (4 years 9 months) | Chelmsford , MA

### Corporate Business Development
Hittite Microwave
March 2012 – October 2013 (1 year 8 months)

### Director IC Engineering
Hittite Microwave
March 2008 – March 2012 (4 years 1 month)

### Business Development Manager Microwave
Hittite Microwave
January 2005 – February 2008 (3 years 2 months)

### Principle MMIC Designer
Hittite Microwave
March 2003 – January 2006 (2 years 11 months)

### Microwave Engineer
Plessey
June 1990 – March 2003 (12 years 10 months)

**Public profile badge**

Include this LinkedIn profile on other websites

**Frank Traut**
Senior Director Technology and
Innovation at MACOM RF and
Microwave Business Unit

MACOM

View profile     **Linked****in** ®

View profile badges

**Search by name**

Over 500 million professionals are already on
LinkedIn. Find who you know.

| First Name | Last Name | 🔍 |
|---|---|---|

**Example:** Jeff Weiner

in                                                                                    Sign in    Join now

University of Pretoria
1985 – 1995 (10 years)

## Skills

Microwave    IC    Analog    LNA    Semiconductors    Agilent ADS

Analog Circuit Design    Circuit Design    Electrical Engineering    Electronics    Wireless

Filters    RF Engineering    System Engineering    AWR Microwave Office    See 10+

## Languages

**German**
Full professional proficiency

**Dutch**
Full professional proficiency

**Afrikaans**
Full professional proficiency

**English**
Full professional proficiency

## View Frank Traut's full profile to...

- See who you know in common
- Get introduced
- Contact **Frank Traut** directly

View Frank's Full Profile

**Electronics Foundations: Basic Circuits**
Viewers: 90177

**Creative Insights: Ayah Bdeir and littleBits**
Viewers: 10312

**Electronics Foundations: Semiconductor Devices**
Viewers: 24920

View all online courses ▶