# EXHIBIT F



September 21, 2016

# MACOM Introduces Industry's Highest Power MMIC Amplifiers Covering DC-22 GHz for Test and Measurement, Electronic Warfare and Radar Applications

*The new MAAP-011247 and MAAP-011248 offer fully matched solutions for driver and power applications*

LOWELL, Mass.--(BUSINESS WIRE)-- MACOM Technology Solutions Inc. ("MACOM"), a leading supplier of high-performance RF, microwave, millimeterwave and photonic semiconductor products, today introduced the MAAP-011247 and MAAP-011248, distributed power amplifiers operating from DC to 22 GHz. These amplifiers can be used as a power amplifier stage or as a driver stage in higher power applications, and are ideally suited for Test and Measurement (T&M), Electronic Counter Measures (ECM) and Radar applications.

For over 60 years, MACOM's design and applications experts have spearheaded innovation in the RF, microwave and millimeterwave domain. Proven engineering and application support teams are continuing in this legacy with a next generation of wideband MMIC solutions designed for the most demanding customer applications.

The MAAP-011247, a 2 watt amplifier, features 12dB of linear gain, 33 dBm of saturated output power and the industry's highest output power for a MMIC amplifier covering DC-22 GHz. The device is fully matched across the band and provides 42 dBm of OIP3 linearity. The MAAP-011248, a 1 watt amplifier, offers 12.5 dB of linear gain, 30 dBm of saturated output power and can be operated over a drain voltage of 9 to 12 V for optimization of RF power versus DC power dissipation.

Both devices offer customers an integrated temperature-compensated output power detector, and are available in bare die or in 5mm QFN packages.

"The MAAP-011247 and MAAP-011248 are the first of four new distributed amplifiers designed to deliver high gain and power in compact bare die or QFN packaged solutions," said Graham Board, Senior Director, Multi-Market Products, at MACOM. "Two additional distributed amplifiers with ¼ W and ½ W output power, are scheduled for release over the next two quarters. This complete family of distributed amplifiers will offer customers a full range of power levels to solve their most challenging wideband Test & Measurement and mission critical Aerospace & Defense system requirements."

The table below outlines typical performance for the MAAP-011247/DIE & MAAP-011248/DIE:

| Parameter | Units | MAAP-011247/DIE | MAAP-01148/DIE |
|---|---|---|---|
| Gain | dB | 12 | 12.5 |
| Pout | dBm | 33 | 30 |
| P1dB | dBm | 31 | 27 |
| OIP3 | % | 42 | 41 |
| Power Added Efficiency | dB | 15 | 15 |
| Input Return Loss | dB | 12 | 12 |
| Output Return Loss | dB | 12 | 12 |
| Drain Current (with RF Drive) | dBm | 860 | 650 |
| Package Size | mm | 5mm 32LD QFN | 5 32LD QFN |
| Die Size | mm | 2.99 x 1.5 x 0.1 | 2.99 x 1.5 x 0.1 |

Production quantities and samples of **MAAP-011247/DIE** & **MAAP-011248/DIE** are available from stock. Final datasheets and additional product information can be obtained from the MACOM website at: www.macom.com.

**ABOUT MACOM**
MACOM enables a better-connected and safer world by delivering breakthrough semiconductor technologies for optical, wireless and satellite networks that satisfy society's insatiable demand for information.

Today, MACOM powers the infrastructure that millions of lives and livelihoods depend on every minute to communicate, transact business, travel, stay informed and be entertained. Our technology increases the speed and coverage of the mobile Internet and enables fiber optic networks to carry previously unimaginable volumes of traffic to businesses, homes and datacenters.

Keeping us all safe, MACOM technology enables next-generation radars for air traffic control and weather forecasting, as well as mission success on the modern networked battlefield.

MACOM is the partner of choice to the world's leading communications infrastructure, aerospace and defense companies, helping solve their most complex challenges in areas including network capacity, signal coverage, energy efficiency and field reliability, through its best-in-class team and broad portfolio of analog RF, microwave, millimeterwave and photonic semiconductor products.

MACOM is a pillar of the semiconductor industry, thriving for more than 60 years of daring to change the world for the better, through bold technological strokes that deliver true competitive advantage to customers and superior value to investors. Headquartered in Lowell, Massachusetts, MACOM is certified to the ISO9001 international quality standard and ISO14001 environmental management standard. MACOM has design centers and sales offices throughout North America, Europe, Asia and Australia.

MACOM, M/A-COM, M/A-COM Technology Solutions, M/A-COM Tech, Partners in RF & Microwave, and related logos are trademarks of MACOM. All other trademarks are the property of their respective owners.

For more information about MACOM, please visit www.macom.com follow @MACOMtweets on Twitter, join MACOM on LinkedIn, or visit the MACOM YouTube Channel.

**DISCLAIMER FOR NEW PRODUCTS:**

Any express or implied statements in MACOM product announcements are not meant as warranties or warrantable specifications of any kind. The only warranty MACOM may offer with respect to any product sale is one contained in a written purchase agreement between MACOM and the purchaser concerning such sale and signed by a duly authorized MACOM employee, or, to the extent MACOM's purchase order acknowledgment so indicates, the limited warranty contained in MACOM's standard Terms and Conditions for Quotation or Sale, a copy of which may be found at: http://www.macom.com/purchases.

**MACOM SALES INFORMATION, PLEASE CONTACT:**
North Americas -- Phone: 800.366.2266
Europe -- Phone: +353.21.244.6400
India -- Phone: +91.80.43537383
China - Phone: +86.21.2407.1588

View source version on businesswire.com: http://www.businesswire.com/news/home/20160921005908/en/

**MACOM Media Contacts:**
MACOM Technology Solutions Inc.
Ozzie Billimoria, 978-656-2896
ozzie.billimoria@macom.com
or
Rainier Communications
Colin Boroski, 508-475-0025 x142
cboroski@rainierco.com
or
embedded PR
Anja-Maria Hastenrath, +49 (0)89 64913634-11
ah@embedded-pr.de

Source: MACOM Technology Solutions Inc.

News Provided by Acquire Media