# EXHIBIT A

**MARK N. HORENSTEIN, Ph.D., P.E.**
40 Hastings St., West Roxbury, MA 02132
Tel: (617)-353-9052  mhoren@mhoren.net

## Areas of Expertise
Analog and Digital Circuits,  Design, Semiconductor Devices, Applied Electromagnetics, Power Electronics, Electrostatic Processes, Alternative Energy

## Education
Massachusetts Institute of Technology Ph.D. Electrical Engineering            1978
(Electric Power Systems Engineering Laboratory)

University of California at Berkeley    M.S. Electrical Engineering            1975
(Solid State Optics Laboratory)

Massachusetts Institute of Technology S.B. Electrical Engineering            1973

## Employment History
*Boston University*

|  |  |
|---|---|
| Professor, Dept. of Electrical and Computer Engineering | 2000 - present |
| Associate Chair for Undergraduate Programs - ECE Department | 2011-2015 |
| Associate Dean for Graduate Programs and Research,  Engineering | 1999 - 2007 |
| Associate Professor, Dept. of Electrical and Computer Engineering | 1985 - 2000 |
| Assistant Professor, Dept. of Electrical and Computer Engineering | 1979 - 1985 |

*Spire Corporation*

|  |  |
|---|---|
| Research Scientist in High-Voltage Pulsed-Power Division | 1978 - 1979 |

## Professional Affiliations
Institute of Electrical and Electronic Engineers  (Elevated to IEEE Fellow "for contributions to the modeling and measurements of electrostatics in industrial processes.")
Registered Professional Engineer - Electrical (Commonwealth of Massachusetts)
National Association of Radio and Telecommunications Engineers (Certified Electrostatic Discharge Engineer)
Electrostatics Society of America (Past President and Life Member)
Journal of Electrostatics (Editor Emeritus)

## Current Research Activities
Self-Cleaning Solar Panels via Electrostatic Electrodynamic Screen
Ultra-Sensitive Low-Noise Electric Field Mill
High-Voltage Multiplexing Circuit for Large-Array MEMS Mirrors

## Teaching Experience
Electric Circuits, Electronics, Power Electronics, Electromagnetics, Engineering Design

## Prior Expert Witness & Litigation

**Summary:**

As of 12/1/ 2017: 49 Cases, 33 Depositions, 6 Jury Trials, 5 ITC Cases, 3 Bench Trials

**Reports Filed and/or Expert Testimony Given:**
(Law Firm, Principal Attorney)

*Monolithic Power Systems, Inc. v. O2 Micro International Ltd.*
U.S. District Court for the Northern District of California.  Civil Action No. 04CV2000 and 06CV2929
Matter:  Integrated Circuits for Driving CCFLs
Worked on behalf of Defendant Monolithic Power Systems
Status: Jury finding in favor of MPS, based in part on my testimony

*UPI v. Richtek Corp.*
U.S. International Trade Commission  Inv. No. 337-TA-698
Matter: Integrated Circuits for Power Applications
Worked on behalf of Richtek USA
Expert reports, deposition, testimony at hearing
Status: Decision in favor of Richtek, based in part on my testimony

*O2 Micro International v. Hon Hai Precision Industry Co., et al*
U.S. District Court for the Eastern District of Texas
Matter:  Integrated Circuits for Driving CCFLs
Worked on behalf of Defendant Hon-Hai
Status:  Summary judgment granted in favor of Hon Hai, based in part on my testimony

*Philips v. Wangs Alliance Corporation*
Matter: LED Lighting Circuits
Working on behalf of WAC
Status: Settled

*LED Tech Development v. Samsung Electronics*
Request for *Inter Partes* Review of US Patent  6,488,390
Matter: Circuits for maintaining constant flashlight illumination with battery discharge
Worked on Behalf of Requestor Samsung
 Expert declarations, claim construction declaration

*Superior Communications v. Voltstar Technology*
Request for *Inter Partes* Review of U.S. Patent 7,910,833
Matter: Energy -Saving Chargers and Power Adapters
Working on behalf of Requestor Superior
Status: In Progress

*Hopkins Manufacturing v. Cequent Performance Products*
Request for *Inter Partes* Review of US Patents 6,012,780, 6,068,352, and 6,445,993
Matter: Electronic Brake Controllers for Vehicle Trailers
Worked on behalf of Requestor Hopkins: Expert declarations, deposition
Status: Settled

*IV v. Ricoh, Inc.*
Matter: Scanners and Copiers
Worked on behalf of Plaintiff Intellectual Ventures
Claim construction briefs, expert reports on infringement and validity, deposition
Status: Pre-trial settlement

*IV v Canon Inc.*
Matter: Scanners and Copiers Re: US Patents
Worked on behalf of Plaintiff  Intellectual Ventures
Claim construction briefs, expert reports on infringement and validity, deposition
Status: Pre-trial settlement

*Global Touch v. Microsoft et al*
Request for *Inter Partes* Review of Multiple US Patents, (e.g.: US Patent 7,994,726,
IPR2015-01147;  US Patent 7,498,749,  IPR 2015-01148; US Patent 7,329,970,
IPR2015-01149)
Matter: Touch-sensitive and proximity switches
Worked on Behalf of Requestor Microsoft
Expert declarations, claim construction declarations, depositions.
Status: Institution on majority of IPR requests

*Broad Ocean LLC v. Nidec Corp*
Request for *Inter Partes* Review of US Patent 7,990,092
Matter: HVAC Controls
Worked on Behalf of Patent Owner Nidec
Expert declaration, deposition.
Status: Pending

*OS. Security v. BRK Brands*
U.S. District Court for the Central District of California
Matter: Circuits for Electronic Safe Locks
Worked on Behalf of Defendant BRK Brands
Expert report.
Status: Settled in favor of BRK Brands. Feedback was that my input and argument was
key to timely settlement.

*Shenzhen El Lighting Technology v. Surefire Electrical Corp.*
Request for *Inter Partes* Review of US Patent 7,671,279
Matter: "Current-See" Cables for Mobile Device Chargers

Worked on Behalf of Requestor Surefire
Expert declarations, claim construction declaration
Status: Pending

*ITRI v. LG Electronics*
U.S. District Court of New Jersey
Matter: DVD Read and Write Heads
Worked on behalf of Defendant LG Electronics
Expert reports; claim construction declarations.
Status: Pre-trial settlement

*ITRI v. LG Electronics*
Request for *Inter Partes* Review of US Patent 7,672,198
Worked on Behalf of Requestor LG Expert declarations

*L-3 Communications v. Jaxon Engineering*
District Court of Colorado
Matter: Circuits for producing High-Voltage Pulses for HEMP Testing
Worked on behalf of Defendant Jaxon
Expert report, deposition
Status: Pre-trial settlement

*Re Matter of the Fort Totten Metrorail Cases Arising Out of the Events of June 22, 2009*
United States District Court for the District of Columbia
Natl. Transportation Safety Board Accident Number DCA-09-MR-007
Matter: Audio Track Detection Circuits
Worked on behalf of Defendant Ansaldo
Expert reports, deposition
Status: Pre-trial settlement

*Server Technology, Inc. v. American Power Conversion Corporation*,
United States District Court, District Of Nevada
Matter: Intelligent Power Distribution Units
Worked on behalf of Defendant American Power Corporation
Expert reports, deposition, testimony at trial
Status: Mixed finding

*Clearwater Dolphin Corp. v. Evapco, Inc.*
U.S. District Court for the District of Connecticut C3:05cv507 (SRU)
Matter:  Electrical Water Treatment Devices
Worked on behalf of Plaintiff Clearwater Dolphin
Status:  Summary judgment granted  in favor of Evapco

*Pass & Seymour v. Shanghai Meihao Electric Inc. et al.*
U.S. International Trade Commission Inv. No. 337TA615
Matter:  Ground Fault Circuit Interrupters (GFCIs)

Worked on behalf of Respondent Shanghai Meihao
Status:  Hearing Completed in favor of P&S

*Pass & Seymour v. Hubbell Inc. et al.*
United States District Court Northern District of New York  5:07Cv00945
Matter:  Ground Fault Circuit Interrupters (GFCIs)
Worked on behalf of Defendant Hubbell
Status:  Settled

*Qimonda AG v. Seagate Technology, et al.*
U.S. International Trade Commission Inv.  No. 337TA665
Matter:  Circuits for computer circuitry
Worked on behalf of Defendant Seagate
Status:  Hearing Completed; finding in favor of Seagate, based in part on my testimony

*Bushnell Inc., et al. v. The Brunton Company*
 Preliminary Injunction Hearing: US  District Court for the District of Kansas No.
2:09cv2009 KHV/JPO
Matter:  Laser Range Finders
Worked on behalf of Plaintiff Bushnell
Status: Injunction Granted, based in part on my testimony

*Technical Witts, Inc. v. Skynet Electronic Co., Ltd, et al.*
US District Court for the District of Arizona.  CV042025PCTMHM
Status:  Summary Judgment Granted in favor of Skynet
Matter:  Switching Power Supplies
Worked on behalf of Defendant Skynet

*Belden Technologies and Belden CDT v. Superior Essex/ Superior Essex Commun.*
Court for the District of Delaware 1:08cv0063SLR
Matter: Data Communication Cables
Worked on behalf of Plaintiff Belden
Status: Jury Trial Completed; mixed finding

*Motorola v. Research in Motion*
U.S. International Trade Commission, Inv.  No. 337TA706
Matter: Battery Charging Circuits
Worked on behalf of Defendant Motorola; Status: Settled

*LINQ Industrial Fabrics vs. Intertape Polymer,*
Court for the District of Tampa.
Matter: Electrostatics of Flexible Intermediate Bag Containers (FIBC)
Worked on behalf of Plaintiff LINQ
Status: Jury Trial Completed in favor of LINQ, based largely on my testimony

*Thompson v BenQ,*

U.S. International Trade Commission.
Matter: Switching power supplies and ac-to-dc power converters.
Worked on behalf of Defendant BenQ
Status: Hearing Completed in favor of BenQ, based largely on my testimony

*Power Integrations v. ST-Microelectronic*s,
U.S. International Trade Commission.
Matter: Switching power supplies and ac-to-dc power converters.
Worked on behalf of Defendant STMicro
Status: Hearing Completed in favor of Power Integrations

*Clearwater Dolphin  Corp. v. Evapco, Inc.*
U.S. District Court for the District of Connecticut – Trade Secret deliberation
Matter:  Electrical Water Treatment Devices
Worked on behalf of Plaintiff  Clearwater Dolphin
Status:  Summary judgment granted in favor of Evapco

*MKS vs American Power*
US District Court of Delaware
Matter: Electrical matching network power supplies.
Worked on behalf of plaintiff MKS
Status: Jury Trial Completed in favor of MKS, based in part on my testimony

*WorldHeart vs. Abiomed*
US District Court of Delaware – Trade Secret Litigation
Matter: Power conversion for total artificial human heart.
Worked on behalf of Defendant Abiomed.
Status: Jury Trial Completed in favor of Abiomed, based largely on my testimony

## Research Grants (Under Boston University)

In-Air Electric-Field Sensor Circuit for Airborne Applications - U.S. Navy STTR Phase I:  N68335-15-C-0271 via White River Technologies. (Subject: Electric Field-Mill UAV Sensor)

Development of Prototype Self-Cleaning Solar: Massachusetts Clean Energy Center (Subject: Self-Cleaning Solar Collectors)

Self-Cleaning Solar Panels: US–Israel Binational Science Foundation (Subject: Self-Cleaning Solar Collectors)

Enhancement of Optical Efficiency of CSP – U.S. Dept. of Energy (Subject: Self-Cleaning Solar Collectors)

Compact Low-Power Driver for Deformable Mirror – NASA via Boston Micromachines (Subject: High Voltage MEMS Driver for Adaptive Optics)

**Technical Consultations**

    Boston Micromachines (MEMS circuit design)
    Griswold, Inc. (HVAC water treatment device design)

## Publications

### Books:

M. N. Horenstein, *Design Concepts for Engineers, 5th Ed.*, Upper Saddle River, NJ: Prentice Hall, 2015.

M. N. Horenstein, *Microelectronic Circuits and Devices, 2nd Ed.* Upper Saddle River, NJ: Prentice Hall, 1995

### Journals Articles:

Sayyah A, Horenstein MN, Mazumder MK, Ahmadi G,  "Electrostatic Force Distribution on an Electrodynamic Screen," *Journal of Electrostatics* 81:24-36 Jun 2016

Sayyah A, Horenstein MN, Mazumder MK, "A Comprehensive Analysis of the Electric Field Distribution in an Electrodynamic Screen, *Journal of Electrostatics* 76:115-126 Aug 2015

Mazumder MK, Stark JW, Heiling C, Liu M, Bernard A, Horenstein MN, Garner S, Lin HY, "Development of Transparent Electrodynamic Screens on Ultrathin Flexible Glass Film Substrates for Retrofitting Solar Panels and Mirrors for Self-Cleaning Function, *MRS Advances* 1(15):1003-1012 2016

Dai S, Knepper RW, Horenstein MN, " 300-V LDMOS Analog-Multiplexed Driver for MEMS Devices, " *IEEE Transactions On Circuits And Systems I-Regular Papers* 62(12):2806-2816 Dec 2015

A. Sayyah, M.N. Horenstein, M.K. Mazumder, "Energy yield loss caused by dust deposition on photovoltaic panels", *Solar Energy*, v 107, p 576-604, Sept. 2014.

M. N. Horenstein, M. K. Mazumder, R. C. Sumner, J.W. Stark, T. Abuhamed, R. Boxman, "Modeling of trajectories in an electrodynamic screen for obtaining maximum particle removal efficiency", *IEEE Transactions on Industry Applications*, v 49, n 2, p 707-13, March-April 2013.

Klausner, A., Trachtenberg, A.; Starobinski; D.; Horenstein, M., "An Overview of the Capabilities and Limitations of Smartphone Sensors", *Int.. Jour of Handheld Computing Research*, v 4, n 2, p 69-80, April-June 2013

Mazumder, M. Horenstein, M.N.; Stark, J.W.; Girouard, P.; Sumner, R.; Henderson, B.; Sadder, O.; Hidetaka, I.; Biris, A.S.; Sharma, R., "Characterization of Electrodynamic Screen Performance for Dust Removal from Solar Panels and Solar Hydrogen Generators", *IEEE Transactions on Industry Applications,* v 49, n 4, p 1793-800, July-

Aug. 2013

Horenstein, M.N., Mazumder, M.; Sumner, R.C., Jr., "Predicting particle trajectories on an electrodynamic screen - theory and experiment" *J. of Electrostatics*, v 71, n 3, p 185-8, June 2013

Mazumder, M.; Horenstein, M.N.; Stark, J.W.; Girouard, P.; Sumner, R.; Henderson, B.; Sadder, O.; Hidetaka, I.; Biris, A.S.; Sharma, R. "Characterization of Electrodynamic Screen Performance for Dust Removal from Solar Panels and Solar Hydrogen Generators" *IEEE Transactions on Ind. Applications*, Volume: 49, Issue: 4, 2013

Horenstein, M.N.; Sumner, R.; Miller, P.; Bifano, T.; Stewart, J.; Cornelissen, S., "Ultralow-power multiplexed electronic driver for high resolution deformable mirror systems", *Proceedings of the SPIE* v 7930, p 79300M, 2011.

Horenstein, M.N., A Simulation Model for Understanding Propagating Brush Discharges: Comparison of Theory and Experiments, *IEEE Trans. on Ind. Applications*, 47(1), 2011, 344 - 349.

Mazumder, M.K., Srirama, P.K., Sharma, R; Biris, A.S., Hidetaka, I, Trigwell, S, Horenstein, M.N, Lunar and Martian Dust Dynamics, *IEEE Industry Applications Magazine*, 16 (4), 2010, 14-21.

M. Horenstein, Electrostatics of Nanoparticles: What's the Same, What's different? *Journal of Electrostatics*, 67 (2-3), May 2009, pp 384-393

M. Horenstein and M. Datta, "The Electrostatics of Charged Insulating Sheets Peeled From Grounded Conductors", J. of Physics: Conference Series 142 (2008) 012076 (refereed publication)

T. Sugimoto, K. Nonaka, and M. Horenstein, "Bidirectional electrostatic actuator operated with charge control" *Journal of Microelectromechanical Systems*, v 14, n 4, Aug. 2005, p 718-24.

J. C. Crager and M.N. Horenstein, "Distributed Parameter Model for Computing Energy Dissipation in Brush-Type Electrostatic Discharges," *Journal of Electrostatics*, 63 (2005), 239-247.

J.C. Crager and M.N. Horenstein, "Measurement of Optical Intensity and Fluence Generated by Spark Discharges", *Electrostatics 2003: Institute of Physics (UK) Conf. Series*, (178)149-154 2004

**Patents:**
    P. Horn, M. Horenstein, and D. Parent. "Air Distributing and Ionizing Systems."

(US Patent 5,491,602)

M. Horenstein, "Method and Apparatus for Detecting Leaks in Electrically-Insulative Protective Articles such as Condoms, Surgical Gloves, and the Like Using Gaseous Electrostatic Ions." (US Patent 5,455,507)

Jackson and M. Horenstein, "Nasopharyngealometric Apparatus and Method" (US Patent 5,316,002)

T. Bifano and M. Horenstein, "MEMS-based spatial-light modulator with integrated electronics"(US Patent 6,529,311)

Method for Linearizing Deflection of a MEMS Device Using Binary Electrodes and Voltage Modulation  (US Patent 7385268)